No opinion. Motion denied, with $10 costs. Order filed.

TAYLOR, Respondent, v. GILBERT, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Louis M. Taylor against Dora Gilbert. No opinion. Judgment of the Municipal Court affirmed, with costs.

TEDESCO, Respondent, v. COLANGELO, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Michele Tedesco against Stanislas Colangelo. No opinion. Judgment of the Municipal Court affirmed, with costs.

TERMINAL RY. CO. OF BUFFALO, Appellant, v. AST et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by the Terminal Railway Company of Buffalo against John H. Ast and others.

PER CURIAM. Order confirming report of commissioners reversed, report of commissioners set aside, and rehearing ordered before a new commission to be appointed by the Special Term; costs to abide the ultimate award of costs in the proceeding. Held, that incompetent evidence on the question of damages was received by the commissioners and that the damages were excessive.

McLENNAN, P. J., and ROBSON, J., dissent, and vote for affirmance.

TIERNEY, Appellant, v. HELVETIA-SWISS FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by John J. Tierney against the Helvetia-Swiss Fire Insurance Company. No opinion. Motion denied.

TIERNEY, Appellant, v. HELVETIA-SWISS FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by John J. Tierney against the Helvetia-Swiss Fire Insurance Company. No opinion. Order resettled.

TITLE GUARANTEE & TRUST CO., Appellant, v. BRANDLEIN, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by the Title Guarantee & Trust Company against Christian Brandlein. No opinion. Judgment of the Municipal Court affirmed, with costs.

THALER, Respondent, v. SOCIAS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Simon Thaler against Louisa Socias and another. No opinion. Appeal dismissed, without costs.

THALER, Respondent, v. SOCIAS, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Simon Thaler against Louisa Socias. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re THAYER. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of Julia B. Thayer, deceased. No opinion. Appeal dismissed, with $10 costs. Order filed.

In re THAYER. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of Julia B. Thayer, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 110 N. Y. Supp. 751.

THOMPSON, Respondent, v. COLONIAL MATCH CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Jessie M. Thompson against the Colonial Match Company, a domestic corporation, and others. No opinion. Order affirmed on argument, with $10 costs and disbursements.

TODD, Respondent, v. DE CAMP, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by John B. Todd against Lyon De Camp. No opinion. Judgment reversed, without costs of this appeal to either party, because of decision in appeal between same parties decided at this term of court.

TODD, Respondent, v. DE CAMP, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by John B. Todd against Lyon De Camp. No opinion. Interlocutory judgment modified, in accordance with memorandum filed with the clerk, and, as so modified, affirmed, without costs of this appeal to either party.

TOHER et al., Respondents, v. CROUNSE et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Rhody Toher and another against Melva M. Crounse and another. No opinion. Judgment unanimously affirmed, with costs. See 107 N. Y. Supp. 990.

TOMPKINS, Respondent, v. HYMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Joseph Tompkins against Jacob Hyman.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

WOODWARD and MILLER, JJ., dissent.

TOOKER v. SIEGEL COOPER CO. et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Emeline F. Tooker against the Siegel Cooper Company impleaded with others. No opinion. Motion granted. Order filed.

TOWNSEND v. MEYERS. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Robert Townsend against Sidney S. Meyers. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.